COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        George Wood v. Matthew D. Wiggins, Jr.

Appellate case number:    01-18-00630-CV

Trial court case number:   11-CV-0336

Trial court:               405th District Court of Galveston County

This Court's February 26, 2019 Order of Abatement had abated and remanded this case for the district court to hold a hearing to determine whether the reporter's record filed in this Court on January 21, 2019, specifically the missing Wood Exhibits 29-33, 38, 40, and any other missing exhibits in Volume 8, was accurate. On April 4, 2019, a supplemental clerk's record was filed in this Court containing the trial court's findings of fact and conclusions of law, signed on March 28, 2019. The trial court found, among other things, that Exhibits 36 and 37 were actually admitted at trial when the former trial judge had incorrectly stated that it was admitting Exhibits 37 and 38, that there was no Wood Exhibit 38 offered at trial, and that the court reporter could file the missing Wood Exhibits 29-33 and 40 by April 22, 2019. On April 12, 2019, the hearing record for the abatement hearing, held on March 22, 2019, was filed in this Court.

On April 29, 2019, the court reporter, Cylena Korkmas, filed the supplemental reporter's record containing the 8 exhibit volumes with the missing Wood Exhibits 29-32, and 40. On May 6, 2019, the reporter filed Wood Exhibit 33. Because the clerk's record was already filed on September 24, 2018, the appellate records are complete.

Accordingly, the Court sua sponte directs the Clerk of this Court to **REINSTATE** this case on the Court's active docket. Appellant's brief is **ORDERED** to be filed within **30 days** of the date of this order. *See* TEX. R. APP. P. 2, 38.6(a)(1).

It is so ORDERED.

Judge's signature: __/s/ Justice Laura C. Higley____

              ☒ Acting individually    ☐ Acting for the Court

Date: ___May 9, 2019____